STATE OF NEW JERSEY v. GREGORY RAGLAND.

March 29, 1985.

Petition for certification granted and summarily remanded to the Appellate Division solely for reconsideration of the directed verdict issue in light of *State v. Collier*, 90 *N.J.* 117 (1982) and *State v. Ingram*, 98 *N.J.* 489 (1985); and it is further

ORDERED that in all other respects the petition for certification is denied. Jurisdiction is not retained. (See 198 *N.J.Super.* 330)

JUDITH CLIFF AND CLINTON A. BUDDY v. MORRIS COUNTY BOARD OF SOCIAL SERVICES.

April 9, 1985.

Petition for certification granted, limited solely to the issue of the award of back pay; and it is further

ORDERED that the judgment of hte Appellate Division as to that issue is reversed, and this matter is summarily remanded to the Civil Service Commission for reconsideration in the light of *Steinel v. City of Jersey City*, 99 *N.J.* 1 (1985).

Jurisdiction is not retained. (See 197 *N.J.Super.* 307)

JUDITH CLIFF AND CLINTON A. BUDDY v. MORRIS COUNTY BOARD OF SOCIAL SERVICES.

April 9, 1985.

Cross-petition for certification denied.